PITTA & DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 652-3890
BRUCE COOPER (BC 2764)
JANE LAUER BARKER (JB 5436)
*Attorneys for Defendant Local 272 Welfare Fund*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HORIZON HEALTHCARE SERVICES, INC.,
HORIZON HEALTHCARE OF NEW YORK, INC. and
RAYANT INSURANCE COMPANY OF NEW YORK
f/k/a HORIZON HEALTHCARE INSURANCE
COMPANY OF NEW YORK,

        Plaintiffs,

        - against -

LOCAL 272 LABOR MANAGEMENT WELFARE
FUND,

        Defendant.

**AFFIDAVIT OF SERVICE**

Civil Action No. 08-cv-4428

STATE OF NEW YORK    )
                         ):ss:
COUNTY OF NEW YORK  )

        MARTIN BRECH, being duly sworn, deposes:

        I am over 18 years of age, not a party to this action, and reside in Carmel, New York.  On May 12, 2008, I served by hand delivery a true copy of the *Notice of Removal* in this action on:

                Clerk of the Court
                Supreme Court of the State of new York
                County of New York
                60 Centre Street
                New York, New York 10007

                                Martin Brech

{00355970.DOC;}

So sworn before me this
16th day of May, 2008

_____
Notary Public

ASENETH WHEELER - RUSSELL
Notary Public, State of New York
No. 01WH6092028
Qualified in Kings County
Commission Expires May 12, 2011

{00355970.DOC;}