PITTA & DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 652-3890
BRUCE COOPER (BC 2764)
JANE LAUER BARKER (JB 5436)
*Attorneys for Defendant Local 272 Welfare Fund*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HORIZON HEALTHCARE SERVICES, INC., HORIZON HEALTHCARE OF NEW YORK, INC. and RAYANT INSURANCE COMPANY OF NEW YORK f/k/a HORIZON HEALTHCARE INSURANCE COMPANY OF NEW YORK,

    Plaintiffs,

- against -

LOCAL 272 LABOR MANAGEMENT WELFARE FUND,

    Defendant.

**AFFIDAVIT OF SERVICE**

Civil Action No. 08-CV-4428

---

STATE OF NEW YORK    )
                                      s.s.
COUNTY OF NEW YORK  )

    MICHELLE WILLIAMS, being duly sworn, deposes and says:

    That deponent is not a party to this action, is over eighteen years of age and resides in North Brunswick, New Jersey.

    That on the **12th day of May, 2008** deponent served by first class mail the **CIVIL COVER SHEET, RULE 7.1 STATEMENT, NOTICE OF REMOVAL and NOTICE OF NOTICE OF REMOVAL** thereof upon:

        **GREENBERG TRAURIG, LLP**
        Attorneys for Plaintiffs
        200 Park Avenue
        New York, New York 10166

                                                  Michelle Williams

Sworn to before me this
19th day of May 2008

_____
Notary Public

DEBORAH J. BOBB
NOTARY PUBLIC, State of New York
No. 02BO4955367
Qualified in Queens County
Commission Expires Aug. 28, 2009

{00325097.DOC;}