# PITTA & DREIER LLP

ATTORNEYS AT LAW

Jane Lauer Barker *Partner*
Direct Dial 212 652 3828
jbarker@pittadreier.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 20 2008

May 16, 2008

**MEMO ENDORSED**

Via Facsimile (212) 805-0424
Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street, Room 755
New York, NY 10007

Re:   Horizon Healthcare Services, Inc., et al. v. Local 272
      Labor Management Welfare Fund (08 CV 4428) (LTS) (RLE)

Dear Judge Swain:

This firm represents the defendant, Local 272 Welfare Fund (the "Fund"), in the above matter which was removed to this Court by Notice of Removal filed May 12, 2008. We are writing to request that the Court grant the Fund an extension of time to answer or otherwise move with respect to the complaint to and including June 20, 2008.

We are writing to the Court because Greenberg Traurig, plaintiffs' attorneys, has not agreed to the extension. In my initial conversation with Peter Gallagher of that firm on Tuesday, May 13, he said that he did not believe it would be a problem to agree with the adjournment. However, he has not gotten back to me and my subsequent two telephone calls to him on Wednesday and Thursday of this week have not been returned.

Therefore, we respectfully request that the Court grant an extension of time for the Fund to answer or otherwise move with respect to the complaint to and including June 20, 2008.

Respectfully yours,

Jane Lauer Barker

*The request is denied, without prejudice to renewal upon a showing of good reason for the extension.*

cc:   Peter Gallagher, Esq. (via fax) (973) 301-8410
      David Jay, Esq. (via fax) (212) 801-6400

SO ORDERED.

5/20/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

499 Park Avenue  New York, New York 10022
Telephone 212 652 3890  Facsimile 212 652 3891

111 Washington Avenue  Suite 401  Albany, New York 12210
Telephone 518 449 3320  Facsimile 518 449 5812

{00356084.DOC;}

www.pittadreier.com