PITTA & DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 652-3890
BRUCE COOPER (BC 2764)
JANE LAUER BARKER (JB 5436)
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HORIZON HEALTHCARE SERVICES, INC., HORIZON HEALTHCARE OF NEW YORK, INC. and RAYANT INSURANCE COMPANY OF NEW YORK f/k/a HORIZON HEALTHCARE INSURANCE COMPANY OF NEW YORK,

        Plaintiffs,

        - against -

LOCAL 272 LABOR MANAGEMENT WELFARE FUND,

        Defendant.

**AFFIDAVIT OF SERVICE**

08-CV-4428 (LTS) (RLE)

STATE OF NEW YORK    )
                       s.s.
COUNTY OF NEW YORK    )

    MICHELLE WILLIAMS, being duly sworn, deposes and says:

    That deponent is not a party to this action, is over eighteen years of age and resides in North Brunswick, New Jersey.

    That on the **21st day of May, 2008** deponent served by first class mail the **INITIAL CONFERENCE ORDER** thereof upon:

    **David Jay, Esq.**
    **Peter Gallagher, Esq**
    Greenberg Traurig
    200 Park Avenue
    New York, NY  10166

                  Michelle Williams

Sworn to before me this
21st day of May 2008

    Notary Public

Jane L. Barker
Notary Public, State of New York
No. 02BA6144861
Qualified in Westchester County
Commission Expires May 1, 20_10_

{00325097.DOC;}