PITTA & DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 652-3890
BRUCE COOPER (BC 2764)
JANE LAUER BARKER (JB 5436)
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HORIZON HEALTHCARE SERVICES, INC., HORIZON HEALTHCARE OF NEW YORK, INC. and RAYANT INSURANCE COMPANY OF NEW YORK f/k/a HORIZON HEALTHCARE INSURANCE COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>- against -<br><br>LOCAL 272 LABOR MANAGEMENT WELFARE FUND,<br><br>Defendant. | **SUBMISSION OF REMOVING DEFENDANT**<br><br>08-CV-4428 (LTS) (RLE) |

       In accordance with the Initial Conference Order entered May 20, 2008, removing defendant, LOCAL 272 WELFARE FUND (the "Fund"), by its attorneys, states:

    a.    The Fund is the only defendant and is the removing defendant.

    b.    The notice of removal was filed within thirty days after the Fund was served.

    c. and d.    The action was not removed on grounds of diversity jurisdiction.

Dated: May 21, 2008
       New York, New York

                                  PITTA & DREIER LLP
                                  *Attorneys for Defendant*

                                  By: /s/ Jane Lauer Barker
                                        Jane Lauer Barker (JB 5436)
                                  499 Park Avenue
                                  New York, New York 10022
                                  (212) 652-3890

{00357206.DOC;}

PITTA & DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 652-3890
BRUCE COOPER (BC 2764)
JANE LAUER BARKER (JB 5436)
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HORIZON HEALTHCARE SERVICES, INC., HORIZON HEALTHCARE OF NEW YORK, INC. and RAYANT INSURANCE COMPANY OF NEW YORK f/k/a HORIZON HEALTHCARE INSURANCE COMPANY OF NEW YORK,

    Plaintiffs,

- against -

LOCAL 272 LABOR MANAGEMENT WELFARE FUND,

    Defendant.

**AFFIDAVIT OF SERVICE**

08-CV-4428 (LTS) (RLE)

---

STATE OF NEW YORK    )
                                  s.s.
COUNTY OF NEW YORK  )

    MICHELLE WILLIAMS, being duly sworn, deposes and says:

    That deponent is not a party to this action, is over eighteen years of age and resides in North Brunswick, New Jersey.

    That on the **21st day of May, 2008** deponent served by first class mail the **SUBMISSION OF REMOVING DEFENDANT** thereof upon:

        **David Jay, Esq.**
        **Peter Gallagher, Esq**
        Greenberg Traurig
        200 Park Avenue
        New York, NY 10166

                                                _____
                                                Michelle Williams

Sworn to before me this
21st day of May 2008

_____
    Notary Public

Jane L. Barker
Notary Public, State of New York
No. 02BA6144861
Qualified in Westchester County
Commission Expires May 1, 20 10

{00325097.DOC;}