Todd L. Schleifstein (TS 3787)
Joshua R. Pini (JP 9548)
GREENBERG TRAURIG, LLP
The MetLife Building
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400
*Attorneys for Plaintiffs*
*Horizon Healthcare Services, Inc., Horizon*
*Healthcare of New York, Inc., and Rayant*
*Insurance Company of New York f/k/a Horizon*
*Healthcare Insurance Company of New York*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| HORIZON HEALTHCARE SERVICES, INC., HORIZON HEALTHCARE OF NEW YORK, INC., and RAYANT INSURANCE COMPANY OF NEW YORK f/k/a HORIZON HEALTHCARE INSURANCE COMPANY OF NEW YORK, <br><br> Plaintiffs, <br><br> v. <br><br> LOCAL 272 LABOR MANAGEMENT WELFARE FUND, <br><br> Defendant. | Civil Action No 08-cv-4428 (LTS) <br><br> **NOTICE OF MOTION FOR REMAND** |

---

TO:   Bruce Cooper
      Jane Lauer Barker
      Pitta & Dreier LLP
      499 Park Avenue
      New York, New York 10022

COUNSEL:

**PLEASE TAKE NOTICE** that, as soon as counsel may be heard, Greenberg Traurig, L.L.P., attorneys for Plaintiffs Horizon Healthcare Services, Inc., Horizon Healthcare of New

2

York, Inc., and Rayant Insurance Company of New York f/k/a Horizon Healthcare Insurance Company Of New York (collectively, "Horizon"), shall move before the Honorable Laura T. Sweet, United States District Court for the Southern District of New York, for an order, pursuant to 28 U.S.C. 1446 (c), remanding this case to the Supreme Court of New York, County of New York, and requiring Defendant Local 272 Labor Management Welfare Fund (the "Fund") to pay Horizon's reasonable attorneys fees in connection with this motion.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Court's Individual Practices, the parties have used their best efforts to informally resolve the issues raised in this motion, including by exchanging correspondence outlining their respective positions and conferring telephonically following this exchange, but have been unable to arrive at any resolution.

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, Horizon will rely upon the attached Memorandum of Law and Certification of Peter J. Gallagher.

**PLEASE TAKE FURTHER NOTICE** that Horizon requests oral argument unless no opposition is submitted.

>Respectfully submitted,
>GREENBERG TRAURIG, LLP
>*Attorneys for Plaintiffs*
>*Horizon Healthcare Services, Inc., Horizon*
>*Healthcare of New York, Inc., and Rayant*
>*Insurance Company of New York f/k/a Horizon*
>*Healthcare Insurance Company of New York*
>
>By   <u>s/ Joshua R. Pini</u>
>      Todd L. Schleifstein (TS 3787)
>      Joshua R. Pini (JP 9548)
>      The MetLife Building
>      200 Park Avenue
>      New York, New York 10166
>      Tel: (212) 801-9200
>      Fax: (212) 801-6400
>
>              -and-
>
>      David Jay
>      Peter J. Gallagher
>      200 Park Avenue
>      Florham Park, New Jersey 07932
>      Tel:  (973) 360-7946
>      Fax:  (973) 301-8410

Dated:  June 26, 2008
        New York, New York