UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

HORIZON HEALTHCARE SERVICES, INC., et al.,

    Plaintiffs,

-v-                                              No. 08 Civ. 4428 (LTS)(RLE)

LOCAL 272 LABOR MANAGEMENT WELFARE
FUND,

    Defendant.

-------------------------------------------------------x



## ORDER

In light of the pending Motion to Remand, the Initial Pre-Trial Conference, originally scheduled for August 22, 2008, is adjourned to **October 10, 2008, at 10:15 a.m.** All deadlines listed in the Court's May 20, 2008, Order are adjusted accordingly.

    SO ORDERED.

Dated:    New York, New York
            August 19, 2008

                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge